UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Joyce Loney, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| State Collection Services, Inc., ) | 7:13-CV-247-BR |
| Does 1-10, Inclusive, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that State Collection Services, Inc.'s motion to dismiss is GRANTED. This case is DISMISSED. The clerk is DIRECTED to enter judgment accordingly and close the case.

<u>This judgment filed and entered on March 25, 2014, and served on:</u>

Samuel David Fleder (via CM/ECF Notice of Electronic Filing)
Joyce Loney (via US Mail at 407 E. Oak Island Drive, Oak Island, NC 28465)

March 25, 2014 /s/ Julie A. Richards,
Clerk of Court